UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BARRERA,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>SUSAN G. MCCLINTOCK,<br><br>　　　　Defendant. | Case No. 20-mc-80021-SK<br><br>**ORDER FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Regarding Docket No. 1 |

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Bryan Escalante, register number 24097-111, whose place of custody and jailor are set forth in the Writ, attached hereto, as his testimony is required on February 24, 2020, and from day to day until completion of the trial in the matter *The People of California v. Barrera*, Case No. 05-141961-3 in the Superior Court of California for the County of Contra Costa.

**IT IS SO ORDERED.**

Dated: February 13, 2020

_____
SALLIE KIM
United States Magistrate Judge

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Warden Susan G. McClintock, USP Tucson, 9300 South Wilmot Road, Tucson, Arizona 85756.

GREETINGS:

WE COMMAND that you have and produce the body Bryan Escalante, in your custody in the hereinabove-mentioned Institution, before Department 35 of the Superior Court of California for the County of Contra Costa (A.F. Bray Courthouse, 1020 Ward Street, Martinez, California 94553) at 10:30 a.m. on February 24, 2020, in order that said prisoner may then and there provide testimony at the trial in the matter *The People of California v. Barrera*, Case No. 05-141961-3 and at the termination of his testimony him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in the Superior Court of California for the County of Contra Costa;

Witness the Honorable SALLIE KIM, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 13, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Melinda K. Lock, Deputy Clerk

Dated: February 13, 2020

_____
The Honorable Sallie Kim
United States Magistrate Judge

2